IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOME & GARDEN PARTY, LTD. d/b/a CELEBRATING HOME, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. |
| v. | § § | 2:13-cv-00176 |
| FUSION PERFORMANCE MARKETING, LLC | § § § | JURY DEMANDED |
| *Defendant.* | § § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Home & Garden Party, Ltd. d/b/a Celebrating Home hereby DISMISS with prejudice Defendant Fusion Performance Marketing, LLC from this action because the parties have reached a mutually agreeable resolution of this dispute. Therefore, upon the filing of this document with the Honorable Court this case is CLOSED.

Respectfully submitted,

/s/ Neal J. Suit
Neal J. Suit
  State Bar No. 24041988
Carrington, Coleman, Sloman &
  Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 855-1333
nsuit@ccsb.com

*COUNSEL FOR PLAINTIFF HOME & GARDEN PARTY, LTD. D/B/A CELEBRATING HOME*

2

## CERTIFICATE OF SERVICE

    I, undersigned counsel for Plaintiff, hereby certify that on this 12th day of April, 2013, a true and correct copy of the foregoing document was electronically filed with the Court and also served via electronic mail and certified mail to counsel for Defendant.

/s/ Neal J. Suit
Neal J. Suit